# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**Donnay A. Davis**
DOB: February 18, 1982
 DID:
P

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   Between in or about ___(see below)___ in ___(see below)___ _____county, in the_____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

From on or about August 27, 2007, and ending on or about August 30, 2007, in the District of Columbia and elsewhere, the defendant Donnay Davis devised a scheme and artifice to defraud Chase Bank, a financial institution whose assets are insured by the Federal Deposit Insurance Corporation, and attempted to obtain moneys, funds, credits, assets, securities, or other property owned by Chase Bank by means of false or fraudulent pretenses, representations, or promises.

in violation of Title ___18___ United States Code, Section(s) ___1344 and 1349___

I further state that I am _____, and that this complaint is based on the following facts:

**See Affidavit in support of Arrest Warrant, incorporated fully herein by reference**

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

AUSA, Tejpal Chawla
Sworn to before me and subscribed in my presence,

Signature of Complainant
James J. McCourt, Sergeant
Internal Affairs Division (IAD)
Metropolitan Police Department

_____    at    ___Washington, D.C.___
Date                                    City and State

_____        _____
Name & Title of Judicial Officer       Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR ARREST WARRANT

I, James J. McCourt, being duly sworn, depose and say:

1. I am a Sergeant and an Agent with the Internal Affairs Division (IAD) of the Metropolitan Police Department of the District of Columbia (MPD). I have been employed with MPD since 1992. As part of my duties, I am authorized to conduct investigations, audits, and inspections in connection with the administration and enforcement of law, regulations, orders, contracts, and programs in which MPD may be affected or in which MPD may be involved. One of my duties as a Sergeant in IAD is to investigate suspected criminal activity involving MPD officers or employees. I have received training in investigations. Before becoming an Agent with IAD, I was a Patrol Officer in the Fourth District of MPD for nine years and a Patrol Sergeant in the Sixth District of MPD for five years. In addition to my training and experience, I have a Bachelors of Arts degree from the University of Maryland. In my career I have made over 200 arrests and sought for, and obtained, numerous arrest warrants.

2. I am the case agent for an investigation involving the theft of a new credit card from                    , Washington, D.C. 20002, the residence of "R.B.C.," on or about August 27, 2007; of attempts on or about August 27, 2007, to activate the credit card and change the personal identification number through the use of a telephone assigned the number              with a use of the wires to a telephone assigned an 800 telephone number; and of the attempts to makes charges

1

on the credit card on or about August 27, 2007, and August 28, 2007, through attempted withdrawals or purchases at Automatic Teller Machines (ATMs) and a gas station in Washington, D.C.; and of the transportation of such stolen credit card across state lines to attempt to make withdrawals at an ATM in Maryland.

   a. This affidavit is made in support of an application for an arrest warrant of <u>Donnay A. Davis</u>, Metropolitan Police Department Officer, who is a black male; approximately five feet, seven inches tall; weighing approximately 145 pounds; and born on or about _____, 1982;

3. This request is based on evidence in support of possible violations of Title 18 United States Code Sections 1344, and 1349 (Attempted Bank Fraud).

4. Based upon my training, experience, and participation in this and other investigations, I am aware of the following facts:

   a. Chase Bank is a financial institution whose assets are insured by the Federal Deposit Insurance Corporation. Chase Bank also issues credit cards.

   b. On Wednesday, August 29, 2007, 11:40 a.m., an attorney phoned the Internal Affairs Division and stated that he represented a woman, later identified to be "R.B.C.," who alleged to him that recently two Metropolitan Police Officers responded to her home for an alarm when she was not home. She was subsequently informed by her credit card company of suspicious activity on her credit card. She had never activated her credit card. When

she looked for her credit card, she noticed it to be missing. "R.B.C." was encouraged to come to IAD and make a report.

c. On or about August 29, 2007, IAD officers reported to 1200 G Street NW, #800, on August 29, 2007, at 12:30 p.m., to meet with "R.B.C." and her attorney.

d. "R.B.C." stated that she received a new credit card in the mail. The card was issued by Chase Bank, styled "Amazon Card," and had a sixteen digit credit card number ending in the numbers "8385." The card had a credit line of $6,000. She placed the card on her dining room credenza, and did not phone the bank to activate it. She explained she had only applied for the card to receive a special discount on an item she had purchased.

e. On Monday, August 27, 2007, the newly installed Brinks house alarm on "R.B.C.'s" single-family row house at ⸺ sounded at 4:30 p.m. Two police officers were dispatched. On instructions from "R.B.C.", neighbors at ⸺ gave the police a key to enter "R.B.C.'s" home. The officers entered and emerged shortly thereafter, stating that everything appeared okay, and there appeared to be no break-in to the home. The officers told the dispatcher that they believed the alarm was triggered accidentally.

f. During her interview with Agent McCourt, "R.B.C." stated that she learned on August 27, 2007 that the Brinks alarm in her home at ⸺

3

NE was triggered accidentally. She reported that when she returned home on August 27, 2007 she did not initially observe anything out of place, and saw no evidence of a break-in. On Tuesday, August 28, 2007, at 8:30 p.m., Chase Bank phoned "R.B.C." at her home to verify a suspicious attempted transaction on her Amazon Card. "R.B.C." was surprised because she had not activated the card. "R.B.C." reported that she discovered the card was missing from where she left it on the credenza after she spoke with Chase Bank. "R.B.C." stated that she spoke to a representative of the bank who informed her that more than one transaction had been attempted. The representative told "R.B.C." that a phone call to Chase Bank had been made to establish a PIN number for the card. She was told the call came from phone number               . She reported that she was not familiar with the phone number.

g. "R.B.C." reported that she phoned the number          . A voicemail answered with a male voice. "R.B.C." had to listen to the message several times, and believed it to be the voicemail of a person named "Dominic" or Dominay," although she wasn't certain.

h. "R.B.C." reflected upon visitors to her home in the recent past. At approximately 9:10 p.m., she phoned the police non-emergency number to find out which officers had responded to her home for the burglar alarm on the afternoon of August 27, 2007. The dispatcher identified the two officers

as "Donnay Davis" and "Vensen Wytch." "R.B.C." reported that she again phoned the number, and with certainty realized the name on the voicemail was "Donnay."

i. "R.B.C." at 11:13 p.m. again telephoned Chase Bank. The bank would not FAX records of the attempted transactions, but told her on the phone there were records of the following attempted transactions:

   i. 8-27-07, a transaction attempt for $800, at ATM in the Union Station Garage;

   ii. 8-27-07, a transaction attempt for $600, at the ATM in the Union Station Garage;

   iii. 8-27-07, a transaction attempt for $300, at Silver Hill Road, District Heights, Maryland;

   iv. 8-28-07, a transaction attempt at a BP gas station in Hillcrest, Washington, D.C.

j. On August 30, 2007, Agent McCourt obtained bank records from Chase Bank showing the following attempted transactions on "R.B.C.'s" Amazon Card credit card:

   i. August 27, 2007, at 6:37 p.m., in the amount of $802, at the SunTrust ATM at the Union Station garage;

   ii. August 27, 2007, at 6:38 p.m., in the amount of $602, at the SunTrust ATM at the Union Station garage;

5

    iii. August 27, 2007, at 11:13 p.m., in the amount of $302.50, at the Silver Hill No.1, at 5720 Silver Hill Road, District Heights, Maryland; and

    iv. August 28, 2007, at 8:53 p.m., in the amount of $1, at the Hillcrest BP gas station.

k. On August 29, 2007, at approximately 4:30 p.m., Agent James McCourt of IAD telephoned the number                  . The voicemail answered with a male voice identifying the number as that of "Donnay." An audio tape of the answering machine message was recorded;

l. Agent McCourt obtained a copy of an Autotrack record identifying the phone number                  as that of Donnay Davis. The Autotrack record listed the most recent address of Donnay Davis as                  , Capitol Heights Maryland, 20743;

m. On August 29, 2007, Agent McCourt telephoned dispatcher #501003 at the MPD Communications Division. The dispatcher could not provide a printout of the CAD at the time, but relayed there was only one call for service for the afternoon of August 27, 2007 for                  The dispatcher following radio run information for that radio run from her computer screen:

    i. 4:30 p.m., Brinks called MPD for the alarm at                  ,

6

      ii. 5:03 p.m., Cruiser 5013 with Officers Venson Wytch and Donnay Davis dispatched;

      iii. 5:05 p.m., Cruiser 5013 on the scene; and

      iv. 5:23 p.m., Cruiser 5013 clears alarm: accidental.

On September 10, 2007, Agent McCourt obtained a print out of the CAD records from August 27, 2007 which confirmed the information provided by dispatcher #501003.

n. On August 30, 2007 Agent McCourt obtained a copy of the August 27, 2007 "Daily Vehicle Inspection and Activity Report" for Cruiser "5013" that was completed by the officers who utilized the Cruiser. The record indicated that Cruiser 5013 was used by Officers Venson Wytch and Donnay Davis from 2:00 pm until 10:30 pm on August 27, 2007. The record also indicates that the Officers reported on the Report that they responded to a run for an "Alarm" at _____ in the late afternoon of August 27, 2007. The record does not indicate that the officer left the District of Columbia while they were on duty on August 27, 2007.

o. On or about August 30, 2007, Agent McCourt learned from a representative of Chase Bank that the computers at Chase Bank identified the telephone number _____ as having made at least three calls on August 27, 2007, to Chase Bank to activate "R.B.C.'s" Amazon Card credit card (card

7

number ending in "8385") and set or attempt to set a personal identification number. The times of these calls (EDT) on August 27, 2007 were:

  i. 5:23 p.m.;

  ii. 6:34 p.m.; and

  iii. 6:35 p.m.

A representative of Chase Bank advised Agent McCourt that their records of the 5:23 p.m. phone call from the number indicate that the telephone call was directed to a Chase call center located in Orlando, Florida. The representative also indicated that Chase Bank records indicate that the 6:34 p.m. phone call from the number was directed to a Chase call center located in Springfield, Illinois.

p. On September 4, 2007, Agent McCourt executed a search warrant of Donnay Davis home and recovered a cellular phone from Donnay Davis' person. The cellular phone recovered was a dark blue, Samsung cell phone that utilized the "Sprint" network. After Mr. Davis' cellular phone was recovered, officers called phone number from another telephone whose number was known, and Mr. Davis' cellular phone rang and displayed the incoming phone call and number that the officers were utilizing. Pursuant to the search warrant, Agent McCourt reviewed text messages on the cellular phone recovered, and identified a text message from the phone to a person identified as "Brother" dated September 3, 2007,

8

which indicated, "Hey I may need 2 hold two hundred until next week. I may be short on my rent if u can."

q. Agent McCourt obtained a copy of a Maryland vehicle registration record for Donnay Davis, indicating that Davis has a 2002 Lincoln four-door with Maryland tags         .. The car is dual registered to Donnay Davis and another individual.

r. Lieutenant Dean Welch confirmed that on May 19, 2007, Officer Donnay Davis filed a change of address form with the MPD, notifying his employer of his change of address from Medora Drive in Suitland, Maryland, to his new address at                    , Capitol Heights Maryland 20743;

s. On August 30, 2007, at 1:00 p.m., Agent Arthur Gregory responded to                  , Capitol Heights Maryland 20743. Agent Gregory observed Donnay Davis in front of the single family rowhouse. Davis was wearing dark blue pants consistent with police uniform pants, and a dark blue shirt. He was standing near a silver Lincoln four-door with tinted windows; he was holding garden hose and was possibly washing the car. There was no front tag displayed on the car and the rear tag was not visible. At 1:10 p.m., Davis got into his car and drove away. Davis was scheduled to be at work in the Fifth District MPD Police Station at 2:00 p.m. Agent Gregory responded to the Fifth District station and observed what appeared to be the same car that he had seen at parked

9

Capitol Heights Maryland on the Fifth District parking lot. Agent Gregory noted that the car had rear tags displayed of Maryland tag          .

t.  On September 4, 2007, Agent McCourt reviewed color photographic images obtained from cameras in operation at or near the Silver Hill No.1 ATM, at 5720 Silver Hill Road, District Heights, Maryland. The images reviewed were time and date stamped between 11:09 p.m. through 11:14 p.m. on August 27, 2007, and corresponded to the attempted withdrawal of "R.B.C.'s" Amazon Credit Card of $302.50 at that location on August 27, 2007 at 11:13 p.m. The photographs show a black male driving up to the ATM location in a grey/silver vehicle that is consistent with Donnay Davis' Lincoln vehicle: the car in the photographs has missing front tags, a sunroof, a distinctive black mark or paint chip on the otherwise grey/silver colored bumper, and appears identical in make, design, shape, size, and color as Davis' Lincoln vehicle. The photographs also captured numerous images of a black male in the same vehicle attempting to withdraw money at the ATM location at the same time that "R.B.C.'s" Amazon Card was also being activated at that ATM. Several of these photographs show the face and head of the person attempting to access the ATM. Agent McCourt, who is familiar with Donnay Davis' photograph and has met him personally, reviewed the August 27, 2007 photographs taken near the ATM. Agent McCourt identified the black male in the photographs as being consistent

10

with Donnay Davis. Agent McCourt also observed that when he saw Donnay Davis' on September 4, 2007 that his facial hair and hair style were the same as the black male who was photographed attempting to access the Silver Hill No. 1 ATM on August 27, 2007 at approximately 11:13 p.m.

u.  Based upon a preliminary review of personnel records, Officer Donnay Davis was working in the District of Columbia on August 27, 2007, from 2:00 p.m. to 10:30 p.m.; and that he was working in the District of Columbia on August 28, 2007, from 2:00 p.m. to 10:30 p.m.

v.  Donnay Davis is an Officer with MPD who is assigned as a patrol officer to the Fifth Police District. Officer Davis is a black male, listed at five foot seven inches (5' 7") tall and 145 pounds, with brown eyes, and a date of birth of             , 1982. His social security number is                  .

Based on the foregoing, I submit there is probable cause to believe that Donnay Davis has committed one or more violations of law, including Attempted Bank Fraud. Wherefore, the affiant requests that a Complaint and a warrant be issued authorizing the arrest of Donnay Davis for the above stated violations of Title 18 U.S.C. §§1344, and 1349.

_____
James J. McCourt
Sergeant, Internal Affairs Division
Metropolitan Police Department
51 N Street, NE
Washington, D.C. 20002


Subscribed and sworn to before me this _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA