AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**Donnay A. Davis**

## WARRANT FOR ARREST

CASE NUMBER: 07 - 4 4 3 - M

**FILED**

SEP 1 7 2007

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____ **Donnay A. Davis** ____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

From on or about August 27, 2007, and ending on or about August 30, 2007, in the District of Columbia and elsewhere, the defendant Donnay Davis devised a scheme and artifice to defraud Chase Bank, a financial institution whose assets are insured by the Federal Deposit Insurance Corporation, and attempted to obtain moneys, funds, credits, assets, securities, or other property owned by Chase Bank by means of false or fraudulent pretenses, representations, or promises.

violation of Title **18** United States Code, Section(s) §§ **1344, and 1349.**

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

John M. Facciola

Signature of Issuing Officer

Title of Issuing Officer

SEP 11 2007    District of Columbia

Date and Location

Bail fixed at $ _____    by _____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED<br>9-11-07 | NAME AND TITLE OF ~~ARRESTING~~ OFFICER<br>*Reporting*<br>Fitzgerald, Derrick DUSM | SIGNATURE OF ~~ARRESTING~~ OFFICER<br>*Reporting*<br>Daniel Zertul |
| DATE OF ARREST<br>9-17-07 | | |